IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 17 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN L. EVANICK, )<br>a/k/a "Vlad," )<br>)<br>Defendant. ) | CRIMINAL NO. 12-30291-GPM<br><br>Title 18, United States Code, Section 2251(a). |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### PRODUCTION OF CHILD PORNOGRAPHY

Between on or about April 1, 2012, and on or about April 21, 2012, in Madison County, Illinois, within the Southern District of Illinois,

**Martin L. Evanick, a/k/a "Vlad,"**

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, T.M., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; all in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:  Detention