IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>      vs. )<br>)<br>MARTIN L. EVANICK, )<br>a/k/a "Vlad," )<br>)<br>            Defendant. ) | CRIMINAL NO. 12-30291-GPM |

**GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ADVISORY GUIDELINE RANGE**

To sustain the charge of Production of Child Pornography, as charged in the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

    FIRST:    At the time, T.M. was under the age of 18 years;

    SECOND:    the defendant, for the purpose of producing a visual depiction of such conduct, employed, used, persuaded, induced, enticed or coerced TM to take part in sexually explicit conduct; and

    THIRD:    the visual depiction was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce.

**PENALTIES**

A term of imprisonment of not less than 15 but not more than 30 years, a fine up to $250,000, supervised release of 5 years to life, and a $100 special assessment.

**Sex Offense Mandatory Registration.** Defendant understands that by pleading guilty, defendant will be required to register as a sex offender upon release from prison as a condition of supervised release pursuant to 18 U.S.C. §3583(d). Defendant also understands that independent

of supervised release, Defendant will be subject to federal and state sex offender registration requirements, and that those requirements may apply throughout Defendant's life. The Defendant understands that Defendant shall keep Defendant's registration current, shall notify the state sex offender registration agency or agencies of any changes to Defendant's name, place of residence, employment, or student status, or other relevant information. Defendant understands that Defendant will be subject to possible federal and state penalties for failure to comply with any such sex offender registration requirements.

## Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be 32, pursuant to U.S.S.G. §2G2.1(a). The Government further anticipates that the following specific offense characteristics will also apply: (1) the offense involved the commission of a sexual act, thus, the defendant's base offense level will be <u>increased</u> two (2) levels, pursuant to §2G2.1(2)(A); (2) the offense involved the use of an interactive computer service, thus, the defendant's base offense level will be <u>increased</u> two (2) levels, pursuant to §2G2.1(b)(6); and (3) the defendant engaged in a pattern of activity involving prohibited sexual conduct, thus, the defendant's base offense level will be <u>increased</u> five (5) levels, pursuant to §4B1.5(b)(1); which equates to an adjusted offense level of 41.

The Government anticipates that, because the defendant entered a timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of thirty-eight (38).

A preliminary examination of the defendant's criminal history shows a total of 0 points, which would place him in a Category I. An offense level 38, Criminal History Category I,

results in an advisory guideline range of 235-293 months, and a fine range of $25,000 to $250,000.

                                                              Respectfully submitted,

                                                              STEPHEN R. WIGGINTON
                                                              United States Attorney

                                                              s/*Angela Scott*
                                                             ANGELA SCOTT
                                                             Assistant United States Attorney
                                                             Nine Executive Drive
                                                            Fairview Heights, IL  62208
                                                           (618) 628-3700 (office)
                                                           (618) 628-3730 (fax)
                                                           E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN L. EVANICK, )<br>a/k/a "Vlad," )<br>)<br>Defendant. ) | CRIMINAL NO. 12-30291-GPM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Monroe McWard, Esq.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov